IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE H. | : | CIVIL ACTION |
|     Plaintiff | : | |
|     v. | : | |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of the Social | | |
| Security Administration, | : | |
|     Defendant | : | NO. 24-1310 |

## ORDER

**AND NOW**, this 27th day of September 2024, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 9) is **DENIED**.

BY THE COURT:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge